1  SEDGWICK LLP
   REBECCA A. HULL  Bar No. 99802
2  rebecca.hull@sedgwicklaw.com
   MARK J. HANCOCK Bar No. 160662
3  mark.hancock@sedgwicklaw.com
   333 Bush Street, 30th Floor
4  San Francisco, CA  94104
   Telephone: (415) 781-7900
5  Facsimile: (415) 781-2635

6  Attorneys for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| JOHN DEL GALLEGO, | Case No. C13-4518 VC |
|---|---|
| Plaintiff, | |
| v. | STIPULATION TO MODIFY BRIEFING SCHEDULE FOR CROSS-MOTIONS FOR JUDGMENT AND ORDER |
| WELLS FARGO & COMPANY LONG TERM DISABILITY PLAN, and METROPOLITAN LIFE INSURANCE COMPANY, | |
| Defendant. | |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff John Del Gallego and defendants Wells Fargo & Company LTD Disability Plan and Metropolitan Life Insurance Company ("defendants"), by and through their respective counsel of record, as follows:

1. On May 15, 2014, this Court issued its Joint Case Management Statement & Order (ECF No. 17) specifying that cross-motions for judgment under Rule 52 are to be filed on September 15, with oppositions and replies to be filed according to the timetable set by the Local Rules of Court.  A half day-bench trial/hearing was to be set at the Court's convenience.

2. The parties have met and conferred regarding the briefing schedule and agree that, in consideration of their respective schedules and the orderly preparation of the briefs, it would be mutually beneficial to: (a) postpone the date for filing the cross motions by one week, to September 22, 2014; and (2) to provide for two weeks, rather than one week, between the filing

of opposition and reply briefs.  Thus, the parties have stipulated to, and request that the court order, the following revised briefing and hearing schedule:

| | |
|---|---|
| Cross-motions due: | September 22, 2014 |
| Oppositions to cross-motions due: | October 6, 2014 |
| Replies to oppositions due: | October 20, 2014 |
| Half-day bench trial/hearing | At the court's convenience, other than during the weeks of November 24 and December 1, 2014 |

**IT IS SO STIPULATED.**

DATED:  September 15, 2014     LAW OFFICES OF LAURENCE F. PADWAY

By:  /s/ Laurence F. Padway (*as authorized on 9/14/14*)
    Laurence F. Padway
    Attorneys for Plaintiff
    John Del Gallego


DATED:  September 15, 2014     SEDGWICK LLP


By:  */s/ Mark J. Hancock*
    Rebecca A. Hull
    Mark J. Hancock
    Attorneys for Defendants

**ORDER**

Upon the stipulation of the parties, IT IS SO ORDERED.

Date: September 15, 2014

_____
VINCE CHHABRIA
United States District Judge