1 | SEDGWICK LLP
  | REBECCA A. HULL  Bar No. 99802
2 | rebecca.hull@sedgwicklaw.com
  | MARK J. HANCOCK Bar No. 160662
3 | mark.hancock@sedgwicklaw.com
  | 333 Bush Street, 30th Floor
4 | San Francisco, CA  94104
  | Telephone: (415) 781-7900
5 | Facsimile: (415) 781-2635

6 | Attorneys for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JOHN DEL GALLEGO,

    Plaintiff,

v.

WELLS FARGO & COMPANY LONG TERM DISABILITY PLAN, and METROPOLITAN LIFE INSURANCE COMPANY,

    Defendant.

Case No. C13-4518 VC

STIPULATION TO FURTHER MODIFY BRIEFING SCHEDULE FOR CROSS-MOTIONS FOR JUDGMENT AND [PROPOSED] ORDER  AS MODIFIED

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff John Del Gallego and defendants Wells Fargo & Company LTD Disability Plan and Metropolitan Life Insurance Company ("defendants"), by and through their respective counsel of record, as follows:

1. On May 15, 2014, this Court issued its Joint Case Management Statement & Order (ECF No. 17) specifying that cross-motions for judgment under Rule 52 were to be filed on September 15, with oppositions and replies to be filed according to the timetable set by the Local Rules of Court.  A half day-bench trial/hearing was to be set at the Court's convenience.

2. On September 15, 2014, the parties stipulated to the issuance of an order postponing the date for filing the cross motions by one week, to September 22, 2014; and (2) providing for two weeks, rather than one week, between the filing of opposition and reply briefs.

3. Pursuant to the parties' stipulation (ECF No. 18) the court ordered the following revised briefing and hearing schedule (ECF No. 19):

| | |
|---|---|
| Cross-motions due: | September 22, 2014 |
| Oppositions to cross-motions due: | October 6, 2014 |
| Replies to oppositions due: | October 20, 2014 |
| Half-day bench trial/hearing | At the court's convenience, other than during the weeks of November 24 and December 1, 2014 |

4. At this time, the parties desire a further extension of the briefing schedule to allow them to consider certain issues relating to the administrative record for the cross-motions that arose today, September 22, 2014. Having this additional time will allow for the orderly preparation of the motions. The parties hereby stipulate to, and request that the court order, the following further revised briefing and hearing schedule:

| | |
|---|---|
| Cross-motions due: | October 6, 2014 |
| Oppositions to cross-motions due: | October 20, 2014 |
| Replies to oppositions due: | November 3, 2014 |
| Half-day bench trial/hearing | ~~At the court's convenience, but not between November 24, 2014 and December 5, 2014.~~ November 20, 2014 |

**IT IS SO STIPULATED.**

DATED: September 22, 2014    LAW OFFICES OF LAURENCE F. PADWAY

By: /s/ Laurence F. Padway (*as authorized on 9/22/14*)
    Laurence F. Padway
    Attorneys for Plaintiff
    John Del Gallego

DATED:  September 22, 2014        SEDGWICK LLP

By: */s/ Mark J. Hancock*
Rebecca A. Hull
Mark J. Hancock
Attorneys for Defendants

1  **<u>ORDER</u>** AS MODIFIED

3  Upon the stipulation of the parties, IT IS SO ORDERED.

4  Date: September 24, 2014

5  _____
   VINCE CHHABRIA
6  United States



1  Case No. C13-4518 NC