SEDGWICK LLP
REBECCA A. HULL  Bar No. 99802
rebecca.hull@sedgwicklaw.com
MARK J. HANCOCK Bar No. 160662
mark.hancock@sedgwicklaw.com
333 Bush Street, 30th Floor
San Francisco, CA  94104
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JOHN DEL GALLEGO,

    Plaintiff,

v.

WELLS FARGO & COMPANY LONG TERM DISABILITY PLAN, and METROPOLITAN LIFE INSURANCE COMPANY,

    Defendant.

Case No. C13-4518 VC

STIPULATION TO MODIFY BRIEFING SCHEDULE FOR CROSS-MOTIONS FOR JUDGMENT AND [~~PROPOSED~~] ORDER

AS MODIFIED

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff John Del Gallego and defendants Wells Fargo & Company LTD Disability Plan and Metropolitan Life Insurance Company ("defendants"), by and through their respective counsel of record, as follows:

    1.    On October 24, 2014, the Court issued its order (ECF 25) adopting a briefing schedule previously proposed by the parties, under which plaintiff's opening brief would be due on October 20, 2014, defendants' opposition and cross-motion brief would be due on October 27, 2014, plaintiff's reply and opposition to defendants' cross-motion would be due on November 3, 2014, and the matter would be heard as a half-day bench trial on December 10, 2014.

    2.    On Wednesday, October 22, 2014, the attorney responsible for preparing MetLife's briefs, Rebecca Hull, experienced a family medical emergency when her spouse

sustained a severe back injury, which ultimately necessitated a lengthy hospital visit on Saturday, October 25, and has required most of her time and attention since October 22, making it impossible to complete the opening brief for MetLife in time for filing on October 27, 2014, under the current schedule.  Upon discussion with counsel for plaintiff, the parties have agreed to the following extension of the current dates in light of this unexpected development and its anticipated duration to at least Wednesday, October 29, 2014, and request that the Court approve and adopt such dates:

    a.     Plaintiff's opening brief, <u>October 20, 2014</u> [already filed].

    b.     Defendants' brief in opposition to plaintiff's motion and in support of defendants' cross-motion, November 6, 2014;

    c.     Plaintiff's reply in support of plaintiff's motion and opposition to defendants' cross-motion, November 17, 2014;

    d.     Defendants' reply in support of their cross-motion, November 24, 2014;

    e.     Hearing/bench trial on December 17, 2014, ~~as currently scheduled, or at the Court's convenience~~.

**IT IS SO STIPULATED.**

DATED:  October 26, 2014     LAW OFFICES OF LAURENCE F. PADWAY

By:  /s/ Laurence F. Padway (*as authorized on 10/27/14*)
       Laurence F. Padway
       Attorneys for Plaintiff
       John Del Gallego

DATED:  October 26, 2014     SEDGWICK LLP

By:  */s/ Rebecca A. Hull*
       Rebecca A. Hull
       Mark J. Hancock
       Attorneys for Defendants

**ORDER** AS MODIFIED

Upon the stipulation of the parties and good cause appearing therefore, IT IS SO ORDERED.

Date: November 4, 2014



VINCE CHHABRIA
United States District Judge