UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DEL GALLEGO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO & COMPANY LONG TERM DISABILITY PLAN, et al.,<br><br>　　　　　Defendants. | Case No. 13-cv-04518-VC<br><br>**JUDGMENT**<br><br>Re: Dkt. No. 28 |

　　　　On January 23, 2015 the Court granted in full the defendants' motion for summary judgment. (Docket No. 28.) Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of the defendants and against the plaintiff. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: January 23, 2015

_____
VINCE CHHABRIA
United States District Judge